# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **United States of America** vs. Olga Hernandez De-Servin | Case No.  1:19-CR-00007-NONE-BAM-6 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _Olga Hernandez De-Servin_, have discussed with _Anthony Perez_, Pretrial Services Officer, modifications of my release conditions as follows:

You must participate in a program of medical or psychiatric treatment, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

All other conditions of release not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

| /s/ Olga Hernandez De-Servin | 4/16/2020 | /s/ Anthony Perez | 4/16/2020 |
|---|---|---|---|
| Signature of Defendant | Date | Pretrial Services Officer | Date |
| Olga Hernandez De-Servin | | | |

I have reviewed the conditions and concur that this modification is appropriate.

| /s/ Kathleen Servatius | 4/16/2020 |
|---|---|
| Signature of Assistant United States Attorney | Date |
| Kathleen Servatius | |

I have reviewed the conditions with my client and concur that this modification is appropriate.

| /s/ Farid Yadegar | 4/16/2020 |
|---|---|
| Signature of Defense Counsel | Date |
| Farid Yadegar | |

## ORDER OF THE COURT

[x] The above modification of conditions of release is ordered, to be effective on  4/17/2020 .

[ ] The above modification of conditions of release is *not* ordered.

| /s/ Sheila K. Oberto | 4/17/2020 |
|---|---|
| Signature of Judicial Officer | Date |

cc:    U.S. Attorney=s Office, Defense Counsel, Pretrial Services