ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00007 JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | |
| OLGA HERNANDEZ DE-SERVIN, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate and request the Court find the following:

1. By previous order, this matter was set for sentencing on September 29, 2025.

2. By this stipulation, the defense now moves to continue the sentencing hearing to October 6, 2025, to prepare a sentencing memorandum. The government does not object.

3. No exclusion of time is necessary as this matter is set for sentencing.

///
///
///
///
///
///

STIPULATION AND PROPOSED ORDER

1

Respectfully submitted,

Dated: September 26, 2025

ERIC GRANT
United States Attorney

/s/ Antonio J. Pataca
Antonio J. Pataca
Assistant United States Attorney

Dated: September 26, 2025

/s/ Farid Yadegar
Farid Yadagar
Counsel for Defendant Olga DeServin

**O R D E R**

The sentencing hearing currently scheduled on September 29, 2025, is continued to October 6, 2025, at 9:00 a.m. The defendant is hereby ordered to be present at said date and time.

**IT IS SO ORDERED.**

Date: Sept. 26, 2025

Hon. Jennifer L. Thurston
United States District Judge